■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GRIMALDI, Appellant.— Appeal by defendant from an order of the County

Court, Kings County, dated August 15, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment rendered by said court on July 9, 1956, convicting him, upon his plea of guilty, of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and imposing sentence. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.